IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–01992–CMA–KMT

MICHAEL REWERTS, individually as the surviving spouse of SANDI JO REWERTS, and as the Representative of the Estate of SANDI JO REWERTS, deceased, and
TAYLOR REWERTS,
LANDON REWERTS, and
ASPEN REWERTS, surviving children of SANDI JO REWERTS,

    Plaintiffs,

v.

EXEMPLA, INC., a/k/a EXEMPLA WEST PINES,
GLEN LACHER, LPC CAC III,
JOHN F. BRIDGES, M.D.,
DEBORAH LOPEZ STEGNER, M.D.,
DONILYN J. THOMSON, RN, and
KIM DINGES, RN,

    Defendants.

## MINUTE ORDER
**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Plaintiffs [sic] Unopposed Motion to Amend the Complaint and Jury Demand and to Amend the Caption" (Doc. No. 32, filed Oct. 9, 2013) is GRANTED. At this juncture, Plaintiffs may amend their Complaint as a matter of course. *See* Fed. R. Civ. P. 15(a)(1). Accordingly, the Clerk of Court is directed to file Plaintiff's Amended Complaint and Jury Demand (Doc. No. 32-1).

Dated:   October 10, 2013