IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–01992–CMA–KMT

MICHAEL REWERTS, individually as the surviving spouse of SANDI JO REWERTS, and as the Representative of the Estate of SANDI JO REWERTS, deceased, and
TAYLOR REWERTS,
LANDON REWERTS, and
ASPEN REWERTS, surviving children of SANDI JO REWERTS,

    Plaintiffs,

v.

EXEMPLA, INC., a/k/a EXEMPLA WEST PINES,
JOHN F. BRIDGES, M.D., and
DEBORAH LOPEZ STEGNER, M.D.,

    Defendants.

## MINUTE ORDER
**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Defendant Exempla, Inc.'s Motion to Amend Scheduling Order for Extension of Time in which to Designate Nonparties at Fault" (Doc. No. 47, filed Dec. 13, 2013) is GRANTED.   The deadline for designation of nonparties at fault pursuant to Colo. Rev. Stat. § 13-21-111.5 is extended to 30 days after the deposition of Plaintiff Michael Rewerts.   It is further ORDERED that the parties shall conduct Plaintiff Michael Rewert's deposition no later than March 31, 2014. To the extent Plaintiff's Response (Doc. No. 49) seeks a concomitant extension of the deadline for joinder of parties and amendment of pleadings, Plaintiff must seek this relief by way of a separate motion.   *See* D.C.COLO.LCivR 7.1C.

Dated:   January 2, 2014