IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 13-cv-01992-CMA-KMT

MICHAEL REWERTS, Individually as the surviving spouse of Sandi Jo Rewerts, and as the Representative of the Estate of Sandi Jo Rewerts, deceased, and
TAYLOR REWERTS,
LANDON REWERTS, and
ASPEN REWERTS, surviving children of Sandi Jo Rewerts,

    Plaintiffs,

v.

EXEMPLA, INC., a/k/a EXEMPLA WEST PINES,
JOHN F. BRIDGES, M.D., and
DEBORAH LOPEZ STEGNER, M.D.,

    Defendants.

## ORDER GRANTING DISMISSAL OF DEFENDANT LOPEZ-STEGNER AND TO AMEND CAPTION

This matter is before the Court on the parties' Stipulation of Dismissal with Prejudice of Defendant Deborah Lopez Stegner, M.D. (Doc. # 56).  The Court has reviewed the Stipulation and ORDERS as follows:

Defendant Deborah Lopez Stegner, M.D. is hereby DISMISSED WITH PREJUDICE.  It is

FURTHER ORDERED that each party shall pays his or her own costs, attorney fees and expenses.  It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of Deborah Lopez Stegner, M.D. as a Defendant in this case.

DATED:  May   02  , 2014

BY THE COURT:

*Christine M Arguello*

_____
CHRISTINE M. ARGUELLO
United States District Judge