IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 13-cv-01992-CMA-KMT

MICHAEL REWERTS, Individually as the surviving spouse of Sandi Jo Rewerts, and as the Representative of the Estate of Sandi Jo Rewerts, deceased, and
TAYLOR REWERTS,
LANDON REWERTS, and
ASPEN REWERTS, surviving children of Sandi Jo Rewerts,

    Plaintiffs,

v.

EXEMPLA, INC., a/k/a EXEMPLA WEST PINES,

    Defendants.

---

## ORDER GRANTING DISMISSAL OF DEFENDANT
## JOHN F. BRIDGES, MD, AND TO AMEND CAPTION

---

    This matter is before the Court on the parties' Stipulation of Dismissal with Prejudice of Defendant John F. Bridges, MD (Doc. # 66). The Court has reviewed the Stipulation and ORDERS as follows:

    Defendant John F. Bridges, MD is hereby DISMISSED WITH PREJUDICE. It is

    FURTHER ORDERED that each party shall pays his or its own costs, attorney fees and expenses. It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of John F. Bridges, MD as a Defendant in this case.

DATED: October  20 , 2014

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge