**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 13-cv-01992-CMA-KMT

MICHAEL REWERTS, individually as the surviving spouse and as the representative of
the estate of Sandi Jo Rewerts;
TAYLOR REWERTS;
LANDON REWERTS; and
A.R., surviving children of Sandi Jo Rewerts,

     Plaintiffs,

v.

EXEMPLA, INC.
a/k/a Exempla West Pines,

     Defendant.

_____

### ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

_____

This matter is before the Court on Defendant's Motion for Summary Judgment

filed October 31, 2014.  (Doc. # 68.)  Plaintiffs responded to this motion on December 1,

2014 (Doc. # 70), and Defendant replied on December 12, 2014 (Doc. # 71).  Upon

review of the parties' briefing and the evidence referenced therein, the Court determines

that genuine issues of material fact preclude the Court from granting the summary

judgment motion.

Accordingly the Court ORDERS that Defendant's Motion for Summary Judgment

(Doc. # 68) is DENIED.

DATED:  June __18__, 2015

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge