IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 13-cv-01992-CMA-KMT

MICHAEL REWERTS, individually as the surviving spouse of SANDI JO REWERTS and as the representative of the estate of SANDI JO REWERTS, deceased,
TAYLOR REWERTS;
LANDON REWERTS; and
ASPEN REWERTS, surviving children of SANDI JO REWERTS,

    Plaintiffs,

v.

EXEMPLA, INC.
a/k/a Exempla West Pines,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Stipulation to Dismissal (Doc. #84), signed by the attorneys for the parties hereto, it is

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay their own attorney fees and costs.

DATED: November 5, 2015

                                        BY THE COURT:

                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States District Court Judge